UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

BLUEHOST INC.,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:21-cv-08866-AJN-SLC

**NOTICE OF SETTLEMENT**

Plaintiff Arturo Estevez ("Plaintiff") hereby notifies the Court that the parties have settled this matter, and states as follows:

1. The parties have reached an agreement in principle to resolve this matter, and are working diligently to reduce that agreement to an executed confidential agreement. Once the confidential agreement is fully executed, the parties will respectfully request that the case be dismissed with prejudice and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  March 10, 2022                **MIZRAHI KROUB LLP**

                                                    /s/ JARRETT S. CHARO
                                                        JARRETT S. CHARO

- 2 -

        JOSEPH H. MIZRAHI
        JARRETT S. CHARO
        WILLIAM J. DOWNES
        200 Vesey Street, 24th Floor
        New York, NY  10281
        Telephone:  212/595-6200
        212/595-9700 (fax)
        jmizrahi@mizrahikroub.com
        jcharo@mizrahikroub.com
        wdownes@mizrahikroub.com

*Attorneys for Plaintiff*